UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN A. BROWNLEE, III, | : | |
| Plaintiff | : | CIVIL ACTION NO. 20-808 |
| v. | : | (JUDGE MANNION) |
| KAREN HUNT and KEITH HEARNS, | : | |
| | : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Schwab, **(Doc. 8)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint, **(Doc. 1)**, is **DISMISSED** due to his failure to pay the required filing fee as directed by the court; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: October 14, 2020
20-808-01-ORDER